UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| BERNICE HART | ) | Case No.: 3:17:CV-00957-HZ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,005.87 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 825 NE 20th Ave., Ste. 330, Portland OR 97232. If Plaintiff has such debt, then

the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED: _1/4/2019_

_Marco Hernandez_
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:  Date: November 8, 2018

/s/ George Wall
_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Bernice Hart

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's MOTION FOR APPROVAL OF FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on November 8, 2018, using the CM/ECF system, which will send notification of such filing to the following:

Thomas Elsberry    Thomas.elsberry@ssa.gov, OGC.Seattle.ECF@ssa.gov

Renata Gowie    renata.gowie@usdoj.gov, caseview.ecf@usdoj.gov, Corina.Johnson@usdoj.gov, jan.sands@usdoj.gov, trudylee.fleming@usdoj.gov

/s/ George Wall
_____
George J. Wall, OSB No. 934515
825 NE 20th Ave., Ste 330
Portland OR 97232
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
Attorney for Plaintiff, Bernice Hart

Page 4 – PETITION FOR EAJA FEES